IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-2006-JLK**

**GREGORY EDWARD WHITE,**

       Petitioner,

v.

**UNITED STATES OF AMERICA, and
WANDA DIETZ, Special Agent,**

       Respondents.

## ORDER OF DISMISSAL

Kane, J.

On March 1, 2007, this court ordered the Petitioner to show cause in writing why service was not made on respondent within 120 days of the filing of his petition. Petitioner was given until March 16, 2007 to make such showing. To date, no such showing has been made. It is, therefore

ORDERED that this case is DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Dated this 1st day of March, 2007.

       BY THE COURT:

       *S/John L. Kane*
       Senior Judge, United States District Court